UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                      CASE NO. 04 B 28455
   PATRICK LUDWIG
                                            CHAPTER 13

                                            JUDGE: JOHN H SQUIRES

         Debtor
   SSN XXX-XX-0809
```

---
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

   1. The case was filed on 08/02/04 and confirmed on 10/01/04.

   2. The plan is paid in full.

   3. The Debtor paid a total of $ 28386.00 .

   4. The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE HOME FINANCE | CURRENT MORTG | .00 | .00 | .00 |
| FIRST BANK & TRUST EVANS | SECURED | 15791.42 | 1724.81 | 15791.42 |
| BECKET & LEE LLP | UNSECURED | 5442.82 | .00 | 1258.52 |
| ROUNDUP FUNDING LLC | UNSECURED | 2229.25 | .00 | 515.46 |
| ROUNDUP FUNDING LLC | UNSECURED | 3965.04 | .00 | 916.82 |
| ROUNDUP FUNDING LLC | UNSECURED | 4063.57 | .00 | 939.60 |
| DISCOVER BANK | UNSECURED | 4559.68 | .00 | 1054.31 |
| GM CARD | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 7699.52 | .00 | 1780.33 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 3947.14 | .00 | 912.68 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 3276.13 | .00 | 757.53 |
| FISHER & FISHER | COST OF COLLE | 100.00 | .00 | 100.00 |

        Summary of disbursements:

---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 15791.42 | 100.00 | 35183.15 | .00 | 51074.57 |
| PRINCIPAL PAID | 15791.42 | 100.00 | 8135.25 | .00 | 24026.67 |
| INTEREST PAID | 1724.81 | .00 | .00 | .00 | 1724.81 |
| TOTAL PAID | 17516.23 | 100.00 | 8135.25 | .00 | 25751.48 |

The Debtor's attorney, JOSEPH WROBEL ESQ             , was allowed $  2200.00 and was paid $   1000.00  direct and $   1200.00  through the plan.

The Trustee received $    1092.52 .

Refunds to the Debtor totaled $     342.00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 11/16/07                          /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE
```